CLARENCE H. CONOVER, APPELLANT, v. CHARLES E. SCHROEDER, RESPONDENT.

Submitted February 17, 1928—Decided May 14, 1928.

For the appellant, *Lee F. Washington.*

For the respondent, *Cole & Cole.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.